# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIO ALFONSO MAGALLANES-PRADO,

    Defendant.

2:11-CR-0055 JCM-CWH

## ORDER

Presently before the court is the matter of *United States v. Julio Alfonso Magallanes-Prado (true name Alfonso Sarabia Castillo)*, case number 2:11-cr-00055-JCM-CWH.

Mr. Sarabia appeared before the court for sentencing on April 4, 2012, at 11:00am. During the sentencing hearing, the court sentenced Mr. Sarabia to 48 months, per count, to be served concurrently. Additionally, the court ordered supervised release for one year, per count, to be served consecutively. The supervised release terms should, however, be served *concurrently*.

Pursuant to this court's authority under Fed. R. Crim. P. 36, the court hereby orders the record in this case to reflect the proper supervised release term. The clerk of the court shall prepare the judgment of conviction consistent with the foregoing.

IT IS SO ORDERED.

DATED April 4, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**